336 A.2d 594
**COMMONWEALTH of Pennsylvania**
v.
**Norman GREEN, Appellant.**

Supreme Court of Pennsylvania.

Argued April 18, 1974.

Decided April 29, 1975.

John J. Dean, Pittsburgh, for appellant.

Robert L. Eberhardt, Robert L. Campbell, Asst. Dist. Attys., Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Appeal dismissed as improvidently granted.